**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Xiangyuan Zhu, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **06 2062** |
| ) | |
| William H. Johns, ) | |
| ) | |
| Defendant. ) | |

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of Topeka, Kansas, suing another resident there for alleged violations of the Racketeer Influenced and Corrupt Organizations ("RICO") statute, 18 U.S.C. §§ 1961 *et seq.*. A RICO action "against any person may be instituted in the [judicial district of] any district in which such person resides, is found, has an agent, or transacts his affairs." 18 U.S.C. § 1965(a). This venue is improper. The Court finds it in the interests of justice and judicial economy to transfer this case to the appropriate court. Accordingly, it is this 24th day of November 2006,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the District of Kansas. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge